UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHON SPRADLING | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TERRY TROUT, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     vs. | ) | Case No. 4:10CV01801 JCH |
| | ) | |
| CITY OF BERKELEY, et al., | ) | |
| | ) | |
|     Defendant(s). | ) | |

**ORDER**

This matter is before the Court upon its Order to Show Cause (Doc. No. 9). This case was originally filed on September 27, 2010. On February 7, 2011, this Court ordered Plaintiffs to show cause why they have not served or identified John Doe One, John Doe Two or John Doe Three within fourteen days. Plaintiffs have failed to respond to this Court's Order to Show Cause.

Accordingly,

**IT IS HEREBY ORDERED** that John Doe One, John Doe Two or John Doe Three are **DISMISSED** from this lawsuit.

Dated this 24th day of February, 2011.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE