# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| JONATHON SPRADLING and TERRY TROUT,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF BERKELEY, MISSOURI, and "UNKNOWN" JACKSON,<br><br>　　　　Defendants. | Cause No.: 4:10-CV01801-JAR<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR DISMISSAL

Come now plaintiffs and defendants, and all things and matters in controversy having been fully and finally settled, do hereby stipulate and agree that plaintiffs' Petition, claims, and causes of action be, and hereby are dismissed with prejudice. Each party to bear his own costs.

THE Ryals Law Firm, P.C.

By: _____
Stephen M. Ryals (#34149MO)
3129 Locust Street
St. Louis, Missouri 63103
Phone: 314/862-6262
Fax:  314/862-2027
ryals@rblawstl.com
**Attorneys for Plaintiffs**

EVANS & DIXON, L.L.C.

By: _____
John A. Michener (#22509MO)
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
Phone: 314/552-4022
Fax:  314/884-4422
jmichener@evans-dixon.com
**Attorneys for Defendant Jackson and John Does**

**LAW OFFICES OF ROBERT J. HAYES**

By: _____
J. Michael Waller (33658MO)
940 Westport Plaza, Suite 208
St. Louis, Missouri 63146
Phone: 314/579-8909
jmwaller@travelers.com
**Attorneys for Defendant Berkeley**

2457668